IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>  Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>TRINIDAD VILLA-GONZALEZ and  )<br>JOSE MANUEL VILLA-GONZALEZ,  )<br>  )<br>  Defendants.  ) | 8:08CR242<br><br>ORDER |

This matter is before the court on the motion of Jose Manuel Villa-Gonzalez for an extension of time in which to file pretrial motions [23]. Upon review of the file, the court finds that a 30-day extension should be granted, as to both defendants.

**IT IS ORDERED** that the motion [23] is granted, as follows:

1. The deadline for filing pretrial motions is extended to **September 15, 2008** as to all defendants.

2. In accordance with 18 U.S.C. § 3161(h)(8)(A), the court finds that the ends of justice will be served by granting this motion and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **August 15, 2008 and September 15, 2008**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason that counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

**DATED August 15, 2008.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**